IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FREDDIE WILSON,**

    *Petitioner,*

v.     Case No.: 4:20cv326-MW/MAF

**KATHLEEN HAWKINS SAWYER,**
**Federal Bureau of Prisons,**

    *Respondent.*

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 8. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** with prejudice as moot." The Clerk shall close the file.

**SO ORDERED on December 14, 2020.**

                                           s/Mark E. Walker
                                           **Chief United States District Judge**